906

No. 346. Canada Packers, Ltd. *v.* Atchison, Topeka & Santa Fe Railway Co. et al. C. A. 7th Cir. Certiorari granted. *Charles B. Myers* for petitioner. *Harvey Huston* and *Floyd Stuppi* for respondents. *Solicitor General Marshall, Assistant Attorney General Turner* and *Robert B. Hummel* for the United States, as *amicus curiae*, in support of the petition.

No. 950. Bank of Marin *v.* England, Trustee in Bankruptcy. C. A. 9th Cir. Certiorari granted. *Carlos R. Freitas* for petitioner. *John Walton Dinkelspiel* for respondent.

No. 397. United States et al. *v.* American Broadcasting-Paramount Theatres, Inc. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall,* former *Solicitor General Cox, Assistant Attorney General Turner, Lionel Kestenbaum, Henry Geller* and *Ruth V. Reel* for the United States et al. *James A. McKenna, Jr.,* and *Vernon L. Wilkinson* for respondent.

No. 791. Arrington *v.* Ohio. Sup. Ct. Ohio. Certiorari denied. *James R. Willis* for petitioner. *John T. Corrigan* and *Charles W. Fleming* for respondent.

No. 858. Hanover Insurance Co. *v.* Chrysler Corp. C. A. 7th Cir. Certiorari denied. *Theodore L. Locke* and *Hugh E. Reynolds, Jr.,* for petitioner. *Harry T. Ice* for respondent.